UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING

_____

| Originating Court | US District Court for the District of MD at Greenbelt |
|---|---|
| Originating Court Case Number | 8:98-cr-00520-PJM-2 |
| Date notice of appeal filed in originating court | 09/16/2010 09/16/2010 |
| Appellant(s) | Dustin John Higgs |
| Appellate Case Number | 10-7 |
| Case Manager | Beth Walton 804-916-2725 |

The above-captioned case has been opened in this Court.