**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

NOTICE REQUESTING MOTION
FOR APPOINTMENT OF COUNSEL

_____

No.  10-7,       US v. Dustin Higgs
                 8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM


MOTION FOR APPOINTMENT OF COUNSEL DUE: 10/07/2010

Our records indicate that appellant's counsel do not appear to
satisfy the statutory requirements for appointment in capital
appeals established by 18 U.S.C. Section 3599(c) which requires
that lead counsel appointed on appeal must have been admitted to
practice in the court of appeals for not less than five years
and must have had not less than three years experience in the
handling of appeals in this court in felony cases.  The
provisions of 18 U.S.C. Section 3599(d), however, provide that
the court may appoint another attorney whose background,
knowledge, or experience would otherwise enable him or her to
properly represent the defendant, with due consideration to the
seriousness of the possible penalty and to the unique and
complex nature of the litigation.  In light of these
requirements, counsel must file a motion for appointment of
counsel to represent the appellant on appeal.  The motion should
include the names, addresses and qualifications of counsel who
wish to be appointed.  The motion should be filed in the office
of the clerk on or before 10/07/2010.

Beth Walton
Deputy Clerk
804-916-2725