No. 10-72

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTING JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERCIA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**PETITIONER'S MOTION FOR
APPOINTMENT OF COUNSEL**

Petitioner, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence

of death, respectfully moves the Court, pursuant to 18 U.S.C. § 3599(d) to appoint

counsel to represent him on appeal of the District Court's denial of all remedies

pursuant to 28 U.S.C. § 2255. Specifically, Mr. Higgs requests that the Court appoint

Michael Wiseman, Matthew Lawry and Angela Elleman of the Capital Habeas Corpus

Unit (CHU) of the Federal Public Defender in Philadelphia, Pennsylvania and

Stephen Sachs, a partner with Cutler Pickering Hale and Dorr, LLP. In support, he

states the following.

1.      Petitioner, Dustin John Higgs, is a federal prisoner sentenced to death by the United States District Court for the District of Maryland.  The convictions and sentences were affirmed by this Court on direct appeal.  US v. Higgs, 353 F.3d 281 (4th Cir. 2003).

2.      Mr. Higgs thereafter filed a motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences.  Undersigned counsel from the CHU were appointed by the District Court to represent Mr. Higgs without compensation, as they are employed by a federal public defender.  Mr. Sachs was appointed pursuant to the Criminal Justice Act pursuant to 18 U.S.C. § 3599(a)(2).[1]

3.      The District Court denied all and Mr. Higgs appeals to this Court.

4.      This motion seeks the appointment of undersigned CHU counsel and Mr. Sachs.  The  CHU receives dedicated funding from the Administrative Office of the United States Courts (AO) to provide assistance in capital § 2255 litigation like this one, around the nation.  Proposed CHU counsel possess specialized expertise in capital post-conviction litigation which will both assure that Mr. Higgs receives the qualified counsel to which he is entitled and insure that the case is handled efficiently and without wasting resources.  Again CHU counsel will not seek either fees or

---

[1]The local Federal Public Defender represented Mr. Higgs' codefendant at the time of trial and therefore has a conflict which precluded it from representing Mr. Higgs in his § 2255 proceedings.

expenses related to this matter. Mr. Sachs again seeks appointment under the Criminal Justice Act.

5. All undersigned counsel have represented Mr. Higgs for almost six years, have investigated his case, and met with Mr. Higgs and witnesses countless times, and are intimately familiar with Mr. Higgs, his case and the claims before this Court.

6. Ms. Elleman, Mr. Lawry and Mr. Wiseman and their CHU colleagues each have represented numerous prisoners in Pennsylvania's federal district courts, the Court of the Appeals for the Third Circuit and in the United States Supreme Court. The three specific attorneys from the CHU seeking appointment each have in excess of the five years experience handling cases in Courts of Appeals, and in excess of the three years so required handling felony matters. In fact, the three lawyers have a combined total of approximately 45 years of such experience.

7. Mr. Sachs served as Assistant US Attorney (Maryland) from 1961 to 1964. In 1967 he was appointed as US Attorney for the District of Maryland, a position he held until 1970 when he returned to private practice. In 1979 he became Maryland's 40th Attorney General and was reelected in 1982. Mr. Sachs joined the firm of Wilmer Cutler Pickering Hale and Dorr, LLP as a partner in 1987. Mr. Sachs has served as principal counsel in dozens of federal jury trials and appeals.

WHEREFORE, Mr. Higgs respectfully requests that the Court appoint Michael

Wiseman, Angela Elleman and Matthew Lawry of the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania at no cost to the Court as counsel in seeking all available post-conviction remedies.  Mr. Higgs further requests that the Court appoint Stephen Sachs pursuant to the Criminal Justice Act.

Respectfully Submitted,

/s/ Angela Elleman

_____

Angela Elleman
Supervising Assistant Federal Defender
Matthew Lawry
Supervising Assistant Federal Defender
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender
Easter District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Angela_Elleman@fd.org
Michael_Wiseman@fd.org
Matthew_Lawry@fd.org
Signing for All Counsel

Stephen H. Sachs
Wilmer Culter Pickering Hale
& Dorr, LLP
5 Roland Mews
Baltimore, MD 21210
410-532-8405
Stephen.Sachs@wilmerhale.com

Dated:      Philadelphia, PA
                October 6, 2010

**CERTIFICATE OF SERVICE**

I, Angela Elleman, hereby certify that on this 6th day of October, 2010 I served two copies of the foregoing upon the following person by first class mail, postage prepaid:

Deborah A. Johnston
Assistant United States Attorneys
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Angela Elleman

_____
Angela Elleman