U.S. v. Higgs, 10-7.
Docketing statement, additional claims raised on appeal.

7.  The Submission of Mr. Higgs' Prior Conviction for Assault and Reckless Endangerment as a Statutory Aggravating Factor  under 18 U.S.C. § 3592(c)(2) (Previous Conviction for Felony Involving Firearm) Violated the Eighth Amendment and Due Process Clause of the Fifth Amendment, because (1) These Offenses Did Not Necessarily Involve Use of a Firearm, and (2) the Conviction for These Offenses Did Not Take  Place Previous to the Instant Offense.  Defense Counsel Was Ineffective at Trial and on Appeal for Not Making the Proper Objections and Arguments.

8.  The submission of Mr. Higgs' conviction for violation of the federal drug statute in 1997 as an aggravating factor under 18 U.S.C. § 3592(c)(12) violated the Eight Amendment because this subsection only applies to federal drug convictions for which Mr. Higgs "had previously been convicted," and this language means the conviction had to have taken place prior to the instant offense, which occurred in 1996.