Filed: October 25, 2010

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

DOCKET CORRECTION REQUEST
_____

No. 10-7,       US v. Dustin Higgs
                8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM

TO: Stephen Sachs, Michael Wiseman, Matthew Lawry

---

**Please make the correction identified below to bring your filing into compliance with the Court's requirements. The correction must be made within 10 days.**

---

[ ] Document was illegible, incomplete, or incorrect. Please remake the docket entry and attach the corrected document.

---

[ ] Incorrect docketing entry. Please refile document using [_____].

---

[ ] The PDF file is incompatible with CM/ECF. Please refer to the **PDF Compatibility and CM/ECF** documentation to update the PDF file and remake the docket entry.

---

[ ] Brief was created as a scanned image instead of a text PDF. Please file document as text PDF.

---

[X] The Court will enter an appearance only for counsel who have registered for electronic filing as required by Administrative Order 08-01. To register, go to: **www.ca4.uscourts.gov/cmecftop.htm**. Counsel must refile the appearance form after becoming a registered ECF filer.

---

[ ] Other

Beth Walton
Deputy Clerk
804-916-2725