**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

DOCKETING FORMS
FOLLOW-UP NOTICE
_____

No. 10-7,    US v. Dustin Higgs
8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM

TO: Deborah Johnston and Sandra Wilkinson

**REQUESTED FORM(S) DUE:** November 4, 2010

---

**The form(s) identified below must be filed in the Clerk's Office electronically by the due date shown. The forms are available for completion as links from this notice and at the Court's web site, www.ca4.uscourts.gov. Noncompliance with the Court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.**

---

[ ] **Docketing statement - Criminal** or **Docketing statement - Civil or Agency** required from Appellant

---

[ ] **Disclosure of corporate affiliations** required from: [Enter party name]

---

[X] **Appearance of counsel** required from at least one attorney representing the United States.  The Court will enter an appearance only for counsel who have registered for electronic filing as required by Administrative Order 08-01. To register, go to: **www.ca4.uscourts.gov/cmecftop.htm**.

---

[ ] **Transcript order form** required from Appellant

---

[ ] **CJA 24 authorization for transcript** required from Appellant

---

Beth Walton
Deputy Clerk
804-916-2725