# APPEARANCE OF COUNSEL FORM

No. _____

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

_____as the
(party name)

appellant(s)    appellee(s)    petitioner(s)    respondent(s)    amicus curiae    intervenor(s)

_____
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

_____    _____
Name (printed or typed)                  Voice Phone

_____    _____
Firm Name (if applicable)              Fax Number

_____

_____    _____
Address                           E-mail address (print or type)

     I am not participating in this case.  Appellate counsel is:

_____
(Name)                                   (Phone)

# REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases.  If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

# CERTIFICATE OF SERVICE
**************************

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____    _____
Signature                                     Date