UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an <u>Application for Admission</u> before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at <u>www.ca4.uscourts.gov/cmecftop.htm</u>.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 10-72 _____ as

☐Retained ☐Court-appointed(CJA) ☐Court-assigned(non-CJA) ☑Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: Dustin Higgs _____ as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

_/s/ Matthew Lawry_____
(signature)

Matthew C. Lawry _____     (215) 928-0520 _____
Name (printed or typed)                          Voice Phone

Federal Community Defender Office     (215) 928-0826 _____
Firm Name (if applicable)                        Fax Number

601 Walnut St., Ste. 545 West _____

Philadelphia, PA 19106 _____     Matthew_Lawry@fd.org _____
Address                                    E-mail address (print or type)

**OR, I,** _____ **, AM NOT PARTICIPATING IN THIS CASE.**
(Name)

APPELLATE COUNSEL IS: _____.
(Name)                          (Phone)

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2010 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Deborah A. Johnston<br>Assistant United States Attorneys<br>Office of the United States Attorney<br>6500 Cherrywood Lane, Suite 400 | |

_/s/ Matthew Lawry_____                               November 12, 2010 _____
      Signature                                                     Date