No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**DUSTIN JOHN HIGGS'S UNOPPOSED MOTION FOR
CONTINUANCE OF DATE FOR FILING HIS OPENING BRIEF AND APPENDIX**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death, ~~hereby~~ moves for a sixty day continuance for the filing of his Opening Brief and Appendix. In support of this Motion, he states the following.

1. This is a §2255 capital habeas corpus appeal. The District Court denied Mr. Higgs's §2255 Motion and denied a Certificate of Appealability. Mr. Higgs has filed a notice of appeal.

2. This Court has established a briefing schedule requiring Mr. Higgs's Opening Brief and Appendix to be filed by December 6, 2010.

3. Due to their on-going responsibilities in other capital habeas corpus matters, and the size and complexity of the record and issues before this Court, undersigned counsel have not been

1

able to yet devote the time to this briefing that is necessary and required to appropriately address these significant issues in this important matter. Without an extension, counsel will be unable to file a professionally competent appellate brief in this matter.

4. Counsel have communicated with counsel for the Appellee, Assistant United States Attorney Deborah Johnston, who has indicated that Appellee does not oppose this request.

WHEREFORE, Mr. Higgs respectfully requests that he be permitted an extension of sixty days to file his Opening Brief and Appendix.


Respectfully Submitted,


/s/ Angela Elleman

_____

Angela Elleman
Supervising Assistant Federal Defender
Matthew Lawry
Supervising Assistant Federal Defender
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender
Easter District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Angela_Elleman@fd.org
Michael_Wiseman@fd.org
Matthew_Lawry@fd.org
Signing for All Counsel

Stephen H. Sachs
Wilmer Cutler Pickering Hale
& Dorr, LLP
5 Roland Mews
Baltimore, MD 21210
410-532-8405
Stephen.Sachs@wilmerhale.com

Dated:     Philadelphia, PA
         November 30, 2010

**CERTIFICATE OF SERVICE**

I, Angela Elleman, hereby certify that on this 30th day of November 2010 I served two copies of the foregoing upon the following person by first class mail, postage prepaid:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Angela Elleman

_____

Angela Elleman