UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to extend the briefing schedule, the Court denies the motion.

       For the Court

       /s/ Patricia S. Connor, Clerk