No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**DUSTIN JOHN HIGGS'S SECOND MOTION FOR
CONTINUANCE OF DATE FOR FILING HIS OPENING BRIEF AND APPENDIX**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death, respectfully requests a thirty day continuance for the filing of his Opening Brief and Appendix. In support of this Motion, he states the following.

1.       This is a §2255 capital habeas corpus appeal. The District Court denied Mr. Higgs's §2255 Motion and denied a Certificate of Appealability. Mr. Higgs has filed a notice of appeal.

2.       This Court has established a briefing schedule requiring Mr. Higgs's Opening Brief and Appendix to be filed by December 6, 2010.

3.       Mr. Higgs moved for an unopposed sixty-day extension of time in which to file his opening brief and appendix. This afternoon, we received notice that the Court had denied that

1

motion.

4. We apologize if the initial motion was not sufficiently specific as to counsel's other responsibilities. Mr. Higgs now respectfully requests a thirty day extension of time in which to file his opening brief and appendix.

5. Undersigned counsel is is preparing for oral argument in the Third Circuit in a capital case, <u>Williams v. Beard</u>, No. 07-9002, which is set for Tuesday, December 7. Co-counsel Angela Elleman is preparing for oral argument on a capital case in Lehigh County, Pennsylvania, which is set for Thursday, December 9. Petitioner's counsel have numerous other pressing responsibilities, but it is virtually impossible for Petitioner's counsel to file an appropriate brief in this Court on December 6, and also adequately represent counsel's other clients.

6. Accordingly, we respectfully request that we be granted some extension of the time for filing the opening brief, so that we can meet our professional obligations both to Mr. Higgs and to our other clients.

WHEREFORE, Mr. Higgs respectfully requests that he be permitted an extension of thirty days to file his Opening Brief and Appendix.

Respectfully Submitted,

/s/ Michael Wiseman

_____

Michael Wiseman
Supervising Assistant Federal Defender
Matthew Lawry
Supervising Assistant Federal Defender
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender
Easter District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Angela_Elleman@fd.org
Michael_Wiseman@fd.org
Matthew_Lawry@fd.org
Signing for All Counsel

Stephen H. Sachs
Wilmer Cutler Pickering Hale
& Dorr, LLP
5 Roland Mews
Baltimore, MD 21210
410-532-8405
Stephen.Sachs@wilmerhale.com

Dated:      Philadelphia, PA
            December 3, 2010

**CERTIFICATE OF SERVICE**

I, Angela Elleman, hereby certify that on this 3rd day of December 2010 I served two copies of the foregoing upon the following person by first class mail, postage prepaid:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Michael Wiseman

_____

Michael Wiseman