No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**HIGGS'S MOTION FOR
FILING A DEFERRED BRIEF UNDER RULE 30 (C)**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death, respectfully requests permission to invoke Federal Rule of Appellate Procedure 30(c) and file a deferred appendix in accordance with the rules of this Court. In support of this request, Appellant states as follows:

The Court ordered that Appellant file his Opening Brief on or before December 6, 2010. On November 30, 2010, Appellant filed an unopposed motion for a 60-day extension of time to file this brief. In the late afternoon on Friday, December 3, the Court entered an Order denying Appellant's request. Appellant quickly filed a motion seeking a 30-day extension of time in which to file the brief. As of the time of this writing, the Court has not yet ruled on Appellant's request.

1

During the interim weekend, counsel for Appellant made their best efforts to draft Higgs' Opening Brief, but was simply unable to also assemble a Joint Appendix during this short time period. Accordingly, Appellant respectfully requests that the Court permit Higgs to defer filing of the Joint Appendix pursuant to Rule 30(c).

WHEREFORE, Mr. Higgs respectfully requests that he be permitted to file a deferred appendix.

Respectfully Submitted,

/s/ Angela Elleman

_____

Angela Elleman
Matthew Lawry
Michael Wiseman
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender
Easter District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Angela_Elleman@fd.org
Michael_Wiseman@fd.org
Matthew_Lawry@fd.org
Signing for All Counsel

Stephen H. Sachs
Wilmer Cutler Pickering Hale
& Dorr, LLP
5 Roland Mews
Baltimore, MD 21210
410-532-8405
Stephen.Sachs@wilmerhale.com

Dated:     Philadelphia, PA
           December 6, 2010

**CERTIFICATE OF SERVICE**

I, Angela Elleman, hereby certify that on this 6th day of December 2010
I electronically served the foregoing upon the following:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Angela Elleman

_____

Angela Elleman