No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**HIGGS'S MOTION FOR PERMISSION
TO FILE AN OVERSIZED BRIEF**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death, respectfully requests that this Court grant him an extension of the page limit on his brief. In support thereof, Appellant shows the following:

1. Higgs filed a *Motion for Relief Pursuant to 28 U.S.C. Section 2255* on November 28, 2005. He also moved for discovery and a hearing. On April 7, 2010, the District Court denied the *2255 Motion* summarily, denying his requests for discovery and an evidentiary hearing. Higgs's motion for reconsideration was denied on July 20, 2010. The District Court also denied a certificate of appealability. Higgs filed his notice of appeal on September 16, 2010.

2. This Court entered a briefing schedule on October 25, 2010 setting December 6, 2010

1

as the date for filing Higgs's opening brief.

3. On November 30, 2010 Higgs made an unopposed request for a first extension to this brief, based on undersigned counsel's numerous commitments in other capital matters. Counsel advised this Court that, without an extension, "counsel will be unable to file a professionally competent appellate brief in this matter." See Docket Entry 17.

4. On Friday December 3, 2010 at 4:08 p.m., undersigned counsel received this Court's Order denying Higgs extension request. Higgs immediately filed a second request for a shorter extension of time to file his brief. In this motion, counsel pressed that it would be "virtually impossible for Petitioner's counsel to file an appropriate brief in this Court on December 6, and also adequately represent counsel's other clients." See Docket Entry 19.

5. As of this filing, Petitioner has not received a ruling from this Court as to his second request for an extension of time to file his brief. Therefore, Higgs is filing electronically at this time a brief that is in excess of the 14,000 word limit required by this Court. Fed. Rul.App.P 32 (b)(7)(B) (i).

6. The issues involved in this appeal are complex and significant and raise substantial allegations of constitutional violations that resulted in Appellant's convictions and sentence of death. In a case of this magnitude, and in light of the denial of extensions to file the brief, the requested extension of the page limits is appropriate.

WHEREFORE, Appellant respectfully requests that this Court grant him leave to file a 39,096 word Opening Brief.

Respectfully Submitted,

/s/ Angela Elleman

_____

| | |
|---|---|
| Angela Elleman | Stephen H. Sachs |
| Matthew Lawry | Wilmer Cutler Pickering Hale |
| Michael Wiseman | & Dorr, LLP |
| Assistant Federal Defenders | 5 Roland Mews |
| Capital Habeas Corpus Unit | Baltimore, MD 21210 |
| Federal Community Defender | 410-532-8405 |
| Easter District of Pennsylvania | Stephen.Sachs@wilmerhale.com |
| Suite 545 West – The Curtis Center | |
| Philadelphia, PA 19106 | |
| 215-928-0520 | |
| Angela_Elleman@fd.org | |
| Michael_Wiseman@fd.org | |
| Matthew_Lawry@fd.org | |
| Signing for All Counsel | |

Dated:      Philadelphia, PA
               December 6, 2010

**CERTIFICATE OF SERVICE**

I, Angela Elleman, hereby certify that on this 6th day of December 2010 I served the foregoing upon the following person by electronic filing:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Angela Elleman

_____
Angela Elleman