FILED: December 7, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____


UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

        Defendant - Appellant


_____

O R D E R
_____

The Court denies the appellant's second motion for extension of time within which to file his opening brief and the joint appendix.

        For the Court

        /s/ Patricia S. Connor, Clerk