UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____


UNITED STATES OF AMERICA

                Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

                Defendant - Appellant


_____

                O R D E R
_____


The Court denies the appellant's motion to file a deferred joint appendix under Rule 30(c).  The Court grants appellant leave to file an opening brief not to exceed 28,000 words in length, strikes the brief filed by appellant and directs the appellant to file a corrected brief and joint appendix on or before December 21, 2010.  The Court defers consideration of the appellant's motion for certificate of appealability pending filing of the corrected brief.

                        For the Court

                        /s/ Patricia S. Connor, Clerk