No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*


v.


UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

**NOTICE OF PAPER FILING**


Counsel for APPELLANT, DUSTIN JOHN HIGGS, hereby certifies that on this 21st day of December, 2010, the two volume *Joint Appendix* in the above caption appeal has been filed by providing six (6) copies of the same to a commercial carrier for overnight delivery to the Clerk of Court and by providing two (2) copies to the same carrier for delivery to opposing counsel, also by overnight delivery.


These documents are not filed under seal.


/s/ Michael Wiseman


_____
Michael Wiseman
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Signing for all Counsel