UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's motion for a certificate of appealability and preliminary brief filed pursuant to this Court's Local Rule 22(a), the Court grants appellant a certificate of appealability as to Issue II:  Higg's Convictions and Sentences Were Obtained Through Scientifically Unsound Evidence.  The Court denies a certificate of appealability as to the remaining issues. A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Patricia S. Connor, Clerk