**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

TENTATIVELY CALENDARED CASE CONTINUED
_____

No.  10-7,        <u>US v. Dustin Higgs</u>
                  8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM


TO: Counsel

You were previously notified of the tentative assignment of this
case to an oral argument session. For scheduling reasons, your
case has been continued. You will receive further notice from
the Court as soon as your case is assigned to another argument
session.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705