**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **CASE NO. 10-7** |
| | ) | |
| DUSTIN HIGGS | ) | |

**UNITED STATES OF AMERICA'S MOTION FOR EXTENSION**
**OF TIME TO FILE APPELLEE'S BRIEF**

The United States of America, by its undersigned counsel, hereby moves the Court to extend the time for filing Appellee's brief to and including May 27, 2011, for the following reasons:

1.      The government's brief is presently due to be filed on April 4, 2011.

2.      Undersigned counsel, who was cocounsel during the trial of this matter, is presently on detail to the Office of the Deputy Attorney General, and in addition to her current duties, is responsible for completing the brief in *United States v. Jude Eligwe et al*, Case No. 08-4984(L) which much be filed on March 28, 2011.  Cocounsel on this case, Sandra Wilkinson, has previously scheduled travel plans and is scheduled to start a trial on April 18, 2011.

3.      This extension will provide sufficient time for counsel to draft the brief and complete editing of the brief.  Accordingly, undersigned counsel respectfully requests that the Court extend the time for filing Appellee's brief to and including May 27, 2011.

4.      The case was pulled from the tentative oral argument calendar and is waiting to be rescheduled.  The requested delay in filing the Appellee's brief will not affect any oral argument schedule.

5.      Counsel for the Appellant was contacted and consents to the requested extension.

1

Wherefore, Appellee, the United States of America, moves this Court to extend the time for filing

its brief up to and including May 27, 2011.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
Deborah A. Johnston
Assistant United States Attorney
United States Courthouse, Suite 400
6500 Cherrywood Lane
Greenbelt, Maryland 20770-1249
301-344-4433/ 202-305-3481

**<u>Certificate of Service</u>**

I hereby certify that on March 23, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Angela Elleman, Matthew C. Lawry, Stephen Howard Sachs and Michael Wiseman.

_____/s/_____
Deborah A. Johnston
Assistant United States Attorney