UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and
extends the briefing schedule as follows:

Response Brief due: May 04, 2011

Any Reply Brief: within 14 days from service of Response Brief.

For the Court

/s/ Patricia S. Connor, Clerk