# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA      :
      Plaintiff-Appellee,      :
      :
      v.      :      Appeal No.  10-07
      :
DUSTIN HIGGS      :
      Defendant-Appellant.      :
      *******

## GOVERNMENT'S SECOND MOTION FOR ENLARGEMENT OF TIME

Comes now the United States of America, by and through undersigned counsel, and requests that this honorable court grant a second extension of time in which the United States of America must file its responsive brief in the above-captioned matter and as grounds therefore does state:

1.      The United States of America, by its undersigned counsel, hereby moves the Court to extend the time for filing Appellee's brief to and including May 18, 2011, for the following reasons:

2.      The government's brief is presently due to be filed on May 4, 2011.  The Court had granted the government's request to extend the original briefing schedule by 30 days.

3.      The U.S. Attorney's Office for the District of Maryland mandates that briefs prepared by trial counsel be reviewed internally by the Appellate Chief who is currently scheduled to leave on a previously scheduled vacation from April 27, 2011 through May 4, 2011.

4.      In addition, as previously noted in the Government's first extension request, undersigned counsel, is scheduled to be on personal leave the week of May 12 and will not return to the Office until May 13, 2011.

5.      This extension will provide sufficient time for the Appellate Chief to return from

his vacation, review and, if necessary, edit the completed brief prior to its filing.   It will also allow for undersigned counsel to incorporate any changes and comply with internal office procedures before filing the brief.

6.      The case was pulled from the tentative oral argument calendar and is waiting to be rescheduled. The requested delay in filing the Appellee's brief will not affect any oral argument schedule.

7.      Counsel for the Appellant was contacted and consents to the requested extension.

Wherefore, Appellee, the United States of America, moves this Court to extend the time for filing its brief up to and including **May 18, 2011**

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
Sandra Wilkinson
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

**Certificate of Service**

I hereby certify that on April 26, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Angela Elleman, Matthew C. Lawry, Stephen Howard Sachs and Michael Wiseman.

_____/s/_____
Sandra Wilkinson
Assistant United States Attorney