UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the briefing

schedule as follows:

Response brief due: May 18, 2011

Any reply brief: within 14 days from service of response brief.

      For the Court

      /s/ Patricia S. Connor, Clerk