**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff-Appellee, | : | |
| | : | |
| v. | : | Appeal No.  10-07 |
| | : | |
| DUSTIN HIGGS | : | |
| Defendant-Appellant. | : | |

**\*\*\*\*\*\*\***

**GOVERNMENT'S MOTION FOR TWO ADDITIONAL DAYS**
**IN WHICH TO FILE BRIEF**

Comes now the United States of America, by and through undersigned counsel, and requests that this honorable court grant a third (but very brief) extension of time in which the United States of America must file its responsive brief in the above-captioned matter and as grounds therefore does state:

1.      The United States of America, by its undersigned counsel, hereby moves the Court to extend the time for filing Appellee's brief to and including May 20, 2011 for the following reasons:

2.      The government's brief is presently due to be filed on May 18, 2011.   The Appellate Chief within this Office has asked for an additional two days in which to complete the internal review process.

3.      As previously noted, the Appellate Chief was on leave from April 27, 2011 through May 4, 2011 and had a myriad of additional briefs to review upon his return - including one that needed to be filed today and submitted by the United States Attorney.

4.      This matter has been selected for oral argument, and undersigned counsel believes the next scheduled oral argument session is September 20-23, 2011.  Therefore, the government respectfully submits that a two-day extension will not have an effect on the argument date.

5.      Counsel for the Appellant was contacted and consents to the requested extension.

Wherefore, Appellee, the United States of America, moves this Court to extend the time for filing its brief up to and including **May 20, 2011.**

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:      _____/s/_____
         Sandra Wilkinson
         Assistant United States Attorney
         36 South Charles Street
         Fourth Floor
         Baltimore, Maryland 21201
         (410) 209-4800

**Certificate of Service**

I hereby certify that on May 18, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Angela Elleman, Matthew C. Lawry, Stephen Howard Sachs and Michael Wiseman.

_____/s/_____
Sandra Wilkinson
Assistant United States Attorney