UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the government's motion for extension of time within which to file its brief, the court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk