**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff-Appellee, | : | |
| | : | |
| v. | : | Appeal No. 10-07 |
| | : | |
| DUSTIN HIGGS | : | |
| Defendant-Appellant. | : | |

**\*\*\*\*\*\*\***

## GOVERNMENT'S MOTION FOR LEAVE TO FILE BRIEF
## TWO DAYS OUT OF TIME

Comes now the United States of America, by and through undersigned counsel, and requests that this honorable court grant leave to the Government to file its responsive brief in the above-captioned matter two days out of time and as grounds therefore does state:

1.      The government's brief is presently late as it was due to be filed on May 18, 2011. On that date, the Appellate Chief within this Office asked for an additional two days in which to complete the internal review process.

2.      After returning from vacation on May 5, the Appellate Chief was responsible for handling an oral argument in this Court in *United States v. Lee*, Case No. 09-4516, and in preparing other Assistant United States Attorneys in this Office for their oral arguments before the Court on May 12 and May 13. As such, he was in Richmond from May 11-13. In addition, the Appellate Chief has had other briefs in this Court to review, including a brief that was filed yesterday evening in an interlocutory government appeal, *United States v. Gaines*, Case No. 11-4032. Further, the Appellate Chief had district court proceedings to handle last week. Given these other matters, the Appellate Chief was unable to complete his review of the Government's Response Brief in this case by May 18, 2011.

3.      This matter has been selected for oral argument, and undersigned counsel believes the next scheduled oral argument session is September 20-23, 2011.  Thus, there is no apparent prejudice by the two day late filing.

4.      The government requested a two day extension on May 18, 2011 but the request was denied.   That same afternoon, the  case manager advised the government to file this motion for leave to file out of time for two days.

5.      Counsel for the Appellant was contacted and consented to the two day delay.

Wherefore, Appellee, the United States of America, respectfully moves this Court to grant leave to file this brief two days out of time and accept it for filing today, May 20, 2011, in the above-captioned matter.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:      _____/s/_____
Sandra Wilkinson
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

**Certificate of Service**

I hereby certify that on May 20, 2011, I electronically filed the foregoing with the
Clerk of Court using the CM/ECF System, which will send notice of such filing to the following
registered CM/ECF users: Angela Elleman, Matthew C. Lawry, Stephen Howard Sachs and
Michael Wiseman.
_____/s/_____
Sandra Wilkinson
Assistant United States Attorney