No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**DUSTIN JOHN HIGGS'S UNOPPOSED MOTION FOR
CONTINUANCE OF DATE FOR FILING HIS REPLY BRIEF**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death,

moves for a seven day continuance for the filing of his Reply Brief. In support of this Motion, he

states the following.

1. This is a §2255 capital habeas corpus appeal. Mr. Higg's Reply brief is currently

due to be filed on June 6, 2011. A seven day continuance would require filing on or before June 13,

2011.

2. Undersigned counsel Ms. Elleman is currently engaged in writing post-hearing

memoranda in two other capital post-conviction matters following extensive hearings, is in the midst

of hearing preparation for a third capital postconviction matter, and is preparing post-conviction

1

petitions in two additional capital cases nearing their statutes of limitations.

3.      Undersigned counsel Mr. Wiseman has a capital post-conviction hearing scheduled to begin on May 31, 2011 in need of preparation.  In addition he has a brief due to the Delaware Supreme Court on May 31, 2011 in another capital post-conviction case and reargument due on May 26, 2011 in the Third Circuit Court of Appeals on a capital post-conviction case.

4.      Counsel have communicated with counsel for the Appellee, Assistant United States Attorney Sandra Wilkinson, who has indicated that Appellee does not oppose this request.

5.      In addition, the requested delay in filing the Appellant's reply brief will not affect any oral argument schedule.

WHEREFORE, Mr. Higgs respectfully requests that he be permitted an extension of seven days to file his Reply Brief.

Respectfully Submitted,

/s/ Angela Elleman

_____
Angela Elleman
Matthew Lawry
Michael Wiseman
Federal Community Defender
Easter District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Signing for All Counsel

Stephen H. Sachs
Wilmer Cutler Pickering Hale
& Dorr, LLP
5 Roland Mews
Baltimore, MD 21210
410-532-8405
Stephen.Sachs@wilmerhale.com

Dated:      Philadelphia, PA
            May 23, 2011

**CERTIFICATE OF SERVICE**

I, Angela Elleman, hereby certify that on this 23rd day of May 2011 I served two copies of the foregoing upon the following person by first class mail, postage prepaid:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Angela Elleman
_____
Angela Elleman