UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

       Defendant - Appellant

_____

O R D E R

_____

The court grants the government's motion for leave to file its brief out of time, grants the appellant's motion to extend filing time and extends the time for filing the reply brief until June 13, 2011.

       For the Court

       /s/ Patricia S. Connor, Clerk