No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**DUSTIN JOHN HIGGS'S UNOPPOSED MOTION
FOR LEAVE TO FILE SHORT SUPPLEMENTAL JOINT APPENDIX**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence of death, moves for leave to file a short Supplemental Joint Appendix, and in support states the following.

1.      This is a §2255 capital habeas corpus appeal. Mr. Higgs is today filing his Reply Brief.

2.      The parties are in agreement that the Court should consider four documents that were not contained in the previously filed *Joint Appendix*. Each

document was before the district court, and their importance became apparent only after the Government's Brief was filed.

3. Proposed Exhibit A is a declaration from John Kilty.

4. Proposed Exhibit B is a letter dated August 25, 2000 from trial counsel.

5. Proposed Exhibit C is the Curriculum Vitae of John Kilty.

6. Proposed Exhibit D is defense counsel's guilt phase witness list filed on September 5, 2000.

7. These documents relate to the question of whether counsel was ineffective for failing to hire and prepare an expert in order to challenge CBLA evidence.

8.     Counsel for the Government has indicated that the Government is not opposed to this Motion.


Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Angela Elleman
Matthew Lawry
Assistant Federal Defeners
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Signing for All Counsel

Dated:     Philadelphia, PA
             June 13, 2011

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, hereby certify that on this 13th day of June, 2011 I served the foregoing upon the undersigned by filing the same with this Court's ECF filing system:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Michael Wiseman

_____

Michael Wiseman