No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*
v.
UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____


On Appeal from the United States District Court
for the District of Maryland
Criminal No. PJM-98-0520, Hon. Peter J. Messitte, U.S.D.J.

_____


**SUPPLEMENTAL JOINT APPENDIX**


**(pages 001016 through 001025 )**

Leigh Skipper, Esq.
Chief Federal Defender
Angela Elleman
Matthew Lawry
Michael Wiseman
Assistant Federal Defenders
Federal Community Defender Office
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Dated: June 13, 2011

Stephen H. Sachs
Wilmer Cutler Pickering Hale
        & Dorr, LLP
5 Roland Mews
Baltimore, MD 21210
410-532-8405

# INDEX TO SUPPLEMENTAL JOINT APPENDIX

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*
v.
UNITED STATES OF AMERICA,
*Respondent-Appellee.*

| DOCUMENT | PAGE |
|---|---|
| John Kilty declaration | 001016 |
| Letter from trial counsel | 001017 |
| Curriculum Vitae of John Kilty | 001019 |
| Defense trial witness list | 001020 |

Affidavit/Declaration of John W. Kilty
Pursuant to 28 U.S.C. §1746

I, John W. Kilty, do hereby declare and verify as follows:

1. My name is John W. Kilty. I am a self-employed forensic science consultant. My practice is limited to consultations, evaluations and expert testimony in areas of gunshot residue, compositional analysis of metals and the applications of neutron activation analysis, scanning electron microscopy with X-ray analysis, atomic absorption spectrophotometry and inductively-coupled plasma spectrometry to the analysis of physical evidence. I was an FBI Special Agent for 23 years, serving the last 12 years as Chief of the Gunshot Residue and Metals Analysis Unit in the FBI Laboratory.

2. I have been asked by current counsel for Mr. Higgs about any assistance I offered to trial counsel Mr. Tim Sullivan or Mr. Harry Trainor. I advised current counsel that I recalled talking to Mr. Sullivan because he and his father coached my daughter's high school and college basketball teams. I recall that he was contacting me about a case he was handling in Federal court; however, I do not recall the pertinent substance of our conversation. I have no familiarity with Mr. Trainor and do not believe that I have worked with him on any matter.

3. Current counsel advised me that this case was being dealt with in 1999 and 2000 and I searched cases I consulted on during this time period to determine if I had any reports, notes and data pertaining to Mr. Higgs. I found nothing that I could associate with this case. Inasmuch as the possibility exists that I might have disposed of such material, I reviewed the supporting documents for my Federal tax returns for 1999, 2000 and 2001 to determine if I received a payment for services rendered to Mr. Sullivan. I found no record of payment for services in this case. I do not recall reviewing any documents in this case and I have never had a personal meeting with Mr. Sullivan regarding it.

4. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information
and belief, subject to 28 U.S.C. §1746.

John W. Kilty

Dated: 2/1/07

Supp JA 001016

LAW OFFICES

# SULLIVAN & SULLIVAN

7305 BALTIMORE AVENUE, SUITE 301

COLLEGE PARK, MARYLAND 20740

CHARLES JOSEPH SULLIVAN, JR.
TIMOTHY JOSEPH SULLIVAN*

\*ALSO ADMITTED IN D.C.

TELEPHONE
(301) 927-3035
FACSIMILE
(301) 927-0539

August 25, 2000

**VIA FACSIMILE (301-244-4518) AND REGULAR MAIL**

Deborah A. Johnston
Sandra L. Wilkinson
Assistant United States Attorneys
United States Attorney's Office
United States Courthouse, Suite 400
6500 Cherrywood Lane
Greenbelt, Maryland 20770

**RE: <u>United States v. Dustin John Higgs</u>
Criminal No. PJM-908-0520**

Dear Ms. Johnston and Ms. Wilkinson:

This letter will address the government's continued concerns as to the designation of the defense expert witnesses during the trial phase of the proceedings.

As previously provided, the government has been advised of the names and professional backgrounds of each individual. The government has also been advised that the bases of opinion testimony by each defense expert witnesses, their opinions and reasons on the ultimate subject matter, derive solely from the government's own expert witnesses' reports, examinations, tests, experiments, and trial testimony - both in <u>Haynes</u> and, if applicable, when each are called to testify as government expert witnesses in <u>Higgs</u>.

Mr. Kilty may testify provide opinion testimony as to the nature of compositional comparisons to eliminate and/or associate materials in bullet analysis testing.

Supp JA 001017

Deborah A. Johnston
Sandra L. Wilkinson
August 25, 2000
Page Two


The government is also advised that it is anticipated, at this time, that the defense may not be calling Dr. Adams or Mr. Hurt to testify in its case. However, the right to do so is expressly reserved. If those circumstances arise, the government will be provided with further information as to their opinions, if any, other than what has been previously provided to the government.

However, as a general proposition relating to Mr. Kilty and Mr. Welch, the defense must wait until the government calls its expert witnesses during the trial before the defense can possibly provide any additional opinion-related information than what has already been provided to the government.

If you have any questions, please feel free to contact me at your earliest convenience.

Very truly yours,

Timothy J. Sullivan

TJS:mn
cc: Harry J. Trainor, Jr., Esq.

Supp JA 001018

John W. Kilty
13102 Jingle Lane
Silver Spring, Maryland 20906
301-946-4338

Forensic Science Consultant

Practice limited to consultations, evaluations and expert testimony in areas of gunshot primer residue, compositional analysis of metals and the applications of neutron activation analysis, scanning electron microscopy, atomic absorption spectrophotometry and inductively-coupled plasma spectrometry to the analysis of physical evidence.

## WORK EXPERIENCE

1987 to Present    Forensic Science Consultant

1975 to 1987    Chief, Gunshot Residue and Metals Analysis Unit, FBI Laboratory, Washington, DC

1965 to 1975    Supervisory Special Agent, FBI Laboratory

1963 to 1965    Special Agent, Baltimore Field Office, FBI

## PUBLICATIONS

Kilty, J.W. "A Review of the FBI Laboratory's Gunshot Primer Residue Program." Crime Laboratory Digest 13, no. 2 (1986): 55-61.

_____, and V. R. Matricardi. "Detection of Gunshot Residue Particles from the Hands of a Shooter." Journal of Forensic Sciences 22, no. 4 (1977): 725-738.

_____, "Activity After Shooting and Its Effect on the Retention of Primer Residue." Journal of Forensic Sciences 20, no.2 (1975): 219-230.

## OTHER

Lectured or made presentations at Kent State University, University of California (Irvine), Miami University, the American Chemical Society, the California Association of Criminalists, the Northeastern Association of Forensic Scientists, the Association of Firearm and Toolmark Examiners, the Academy of Forensic Sciences, the Association of Official Analytical Chemists and other professional associations.

## EDUCATION

Bachelor of Science (Chemistry)
Graduate Studies (two years, no graduate degree)

Supp JA 001019

UNITED STATES OF AMERICA          :

v.                                 : Criminal No. DKC-98-0520

DUSTIN JOHN HIGGS                 :

___Defendant_____ :

## DEFENDANT'S TRIAL PHASE WITNESS LIST

The defendant, Dustin John Higgs, by and through his attorneys, Harry J. Trainor, Jr., Esquire and Timothy J. Sullivan, Esquire, respectfully advises the Court and the government of the following individuals who may be called to testify and/or whose names may be mentioned in the course of the trial in the above-captioned matter:

The names which appear in **BOLD** also appear in the government's notice dated August 30, 2000 and do not need to read to the jury a second time during the voir dire process.

Counsel for Mr. Higgs also advises the Court that the defense investigation is continuing and witnesses are still being developed. Moreover, as of today, the government has not disclosed the Jencks/Giglio materials to defense counsel pursuant to the discovery agreement. As such, counsel for Mr. Higgs expressly reserves the right to develop additional witnesses who may be called to testify during the trial.

Supp JA 001020

( filed - open court 9/5/00 )

1. Frank Allen, Montgomery County, Maryland

2. Sean Allen, Prince George's County, Maryland

3. Butch Hodgson, Baltimore, Maryland

4. Robert Starkey, Prince George's County, Maryland

5. Farin Marvahabi, Washington, D.C.

6. **Trevor Hewick**, ret. Metropolitan Police Dept.

7. **Officer William Wyatt, Jr.** #1949, D.C. Police Dept.

8. Officer William Wyatt, Sr., #3984, D.C. Police Dept.

9. Tammy Gillens, Howard County, Maryland

10. Tanja Mae Love, Howard County, Maryland

11. Keon Dacosta

12. Damon Smith

13. Officer Mints, Prince George's County Police Dept.

14. Officer Eubanks, Prince George's County Police Dept.

15. Office Riedl, Prince George's County Police Dept.

16. Detective Wright, Prince George's County Police Dept.

17. Detective Estes, Prince George's County Police Dept.

18. **Richard Diolamou**

19. Augustine Koroma

20. **Robin Belinda Lee**

21. Mary Jeannette Nicholson

22. Julius Lowery

23. Andre Smith

24. Michael Nichols

2

Supp JA 001021

25. **Jennelle Chambers**

26. Ginger Quinn

27. Elizabeth Quick, Chief Deputy, USMS and/or designee as custodian of records for USMS-MD-Greenbelt

28. DUSM David Baldwin

29. DUSM Richard Prince

30. Carl Furr, Records Manager, Montgomery County Detention Center

31. John Kilty, Silver Spring, Maryland

32. William Welsh, Bel Air, Maryland

33. John Adams, M.D., Cockeysville, Maryland

34. Phil Burch, Lonoke, Arkansas

35. **Enidesia Darby**

36. Sheila Gale

37. **Sheila Williams**

38. **David Rayfield**

39. **Charmaine Wilson**

40. Constance Miller

41. Nicole Cooper, Prince George's County, Maryland

42. Salina Gamble

43. Cheryl Williams

44. Anne Marie Stewart, Prince George's County, Maryland

45. Erica Jones, North Carolina

46. Treamine Story

47. Derrick Montgomery, Prince George's County, Maryland

3

Supp JA 001022

48. Darrell Eugene Ray, Prince George's County, Maryland

49. Lanita Marie King, Prince George's County, Maryland

49. **Carolyn Caudle**

50. Hugh Michael McKinnon, U.S. Army, Kileen, Texas

51. Mark King, Prince George's County, Maryland

52. Det. Jake Bell, Howard County Police Department

53. Joseph Cephas, Prince George's County, Maryland

54. Ricco Frederick, Prince George's County, Maryland

55. Milton Stone, Montgomery County, Maryland

56. Kenneth Kpakima, Prince George's County, Maryland

57. **SA L. Bradlee Sheafe, FBI**

58. Timothy Wolfe, Prince George's County, Maryland

59. Justin Lacia, Prince George's County, Maryland

60. Gus Cain, Washington, D.C.

61. Michael Holiday, Prince George's County, Maryland

62. Regina Bell, Prince George's County, Maryland

63. Luther Buck, Prince George's County, Maryland

64. Steve Wills, Washington, D.C.

65. Vernon Robertson, Washington, D.C.

66. Mei Ahmady, Washington, D.C.

67. Carl Devonish, Prince George's County, Maryland

68. Kenneth Jacobs, Howard County, Maryland

69. Michael Robinson, Prince George's County, Maryland

70. Sheretea Stoddard, Montgomery County, Maryland

Supp JA 001023

71. Shelby Spencer, Prince George's County, Maryland

72. Det. Scott Grimard, U.S. Park Police

73. **Wondwossen Katamu**

74. Robert Hamner, Prince George's County, Maryland

75. **Rodney Simms**

The defendant also expressly adopts the witness list provided by the Government. The defendant reserves the right to call any witness so designated by the government in the defendant's case-in-chief in the above-captioned matter.

Respectfully submitted,

Harry J. Trainor, Jr. (#0793)
14440 Old Mill Road
Upper Marlboro, Maryland 20772
(301) 927-3035

Timothy J. Sullivan (#05401)
7305 Baltimore Avenue, Suite 301
College Park, Maryland 20740
(301) 927-3035

Supp JA 001024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the Defendant's Trial Phase Witness List was hand-delivered on this 5th day of September, 2000 to:

> Deborah A. Johnston
> Sandra L. Wilkinson
> Assistant United States Attorneys
> United States Attorney's Office
> 6500 Cherrywood Lane, Suite 400
> Greenbelt, Maryland 20770

Timothy J. Sullivan