**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor                                                                                Telephone
Clerk                                                                                                      804-916-2700

June 14, 2011

_____

NOTICE OF SESSION ASSIGNMENT
_____

No.   10-7,             US v. Dustin Higgs
                        8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM

**PROPOSED ARGUMENT SESSION:** 9/20/11 - 9/23/11

**NOTIFY COURT OF ANY CONFLICT BY:** 06/27/2011

This case has been tentatively calendared for oral argument during the above-referenced argument session.

Any motion that would affect the scheduling of argument for that session, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed within 10 days of this notice. As required by Local Rule 27(a), any motion must state whether opposing counsel has consented. If counsel has a scheduling conflict with some or all of the session dates, counsel must file and serve notice of the conflict within 10 days using the entry Notice filed re: conflict with proposed argument dates.

Counsel will be notified that their case has either been scheduled for a date certain during the session or continued to the next available session. Once scheduled for a date certain, a case will be removed from the argument calendar only for extreme, unforeseeable problems that could not have been raised within the period set for notice of conflicts.

Directions to the Courthouse, the argument schedule, information about argument procedures, and a link to area information are available at our web site,

[www.ca4.uscourts.gov](www.ca4.uscourts.gov). The identity of the panel hearing a case is not disclosed until the morning of argument. The order in which cases will be argued on a particular day is subject to change until the morning of argument. Cell phones, laptops, PDA's, and other electronic devices are not allowed in the Courthouse.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705