UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a

supplemental appendix, the court grants the motion and directs appellant to file six

paper copies of the supplemental appendix within 10 days of the date of this order.

For the Court

/s/ Patricia S. Connor, Clerk