No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____


HIGGS'S MOTION FOR ADDITIONAL ORAL ARGUMENT TIME

Pursuant to Local Rule 34(d), Appellant Dustin John Higgs's respectfully

requests that this Court allow each party 30 minutes for oral argument, which is

currently scheduled for September 21, 2011. In support of his request, he states

as follows:

Mr. Higgs is a death sentenced inmate, who is appealing the district court's

dismissal of his §2555 motion for writ of habeas corpus. Mr. Higgs has been

granted a Certificate of Appealability on one issue, which contains several

1

subparts and issues of the denial of discovery and a hearing.  Given the importance

of the issues presented in this capital case, Mr. Higgs submits that additional

argument time is warranted here.

WHEREFORE, Mr. Higgs respectfully requests that this Court allow

each side 30 minutes to present their case during oral argument.

Respectfully Submitted,

/s/Angela Elleman

_____

Angela Elleman
David McColgin
Assistant Federal Defenders
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Signing for All Counsel

CERTIFICATE OF SERVICE

   I hereby certify that on this 8th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Respectfully Submitted,

/s/Angela Elleman

_____

Angela Elleman
David McColgin
Assistant Federal Defenders
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Signing for All Counsel