# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

September 15, 2011

Mrs. Angela Elleman
FEDERAL COMMUNITY DEFENDER'S OFFICE
Eastern District of Pennsylvania
The Curtis Center
601 Walnut Street
Suite 545W
Philadelphia, PA 19106-0000

Ms. Deborah A. Johnston
OFFICE OF THE UNITED STATES ATTORNEY
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770-1249

Matthew C. Lawry
FEDERAL COMMUNITY DEFENDER'S OFFICE
Eastern District of Pennsylvania
The Curtis Center
601 Walnut Street
Suite 545W
Philadelphia, PA 19106-0000

Mr. David Lewis McColgin
FEDERAL COMMUNITY DEFENDER'S OFFICE
Eastern District of Pennsylvania
The Curtis Center
601 Walnut Street
540 West
Philadelphia, PA 19106-0000

Mr. Stephen Howard Sachs
c/o WilmerHale
5 Roland Mews
Baltimore, MD 21210

Ms. Sandra Wilkinson
OFFICE OF THE UNITED STATES ATTORNEY
36 South Charles Street
4th floor
Baltimore, MD 21201-0000


No. 10-7, <u>US v. Dustin Higgs</u>
       8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM

Dear Counsel:

     The court has directed me to notify counsel that the United States should be prepared to address at oral argument their disregard of the court's order denying their third request for an extension of the filing deadline in this case.

                    Sincerely,

                    /s/ Beth Walton

                    Deputy Clerk