No. 10-7

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

DUSTIN JOHN HIGGS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the District of Maryland

_____

**HIGGS' MOTION FOR PERMISSION
TO FILE AN OVERSIZED PETITION FOR REHEARING**

Appellant, DUSTIN JOHN HIGGS, an indigent federal prisoner under sentence

of death, respectfully requests that this Court grant him a short extension of the page

limit on his petition for rehearing. In support thereof, Appellant shows the following:

1.      Higgs filed a *Motion for Relief Pursuant to 28 U.S.C. Section 2255* on

November 28, 2005. He also moved for discovery and a hearing. On April 7, 2010,

the District Court denied the *2255 Motion* without allowing discovery or an

evidentiary hearing. Higgs' motion for reconsideration was denied on July 20, 2010.

The District Court also denied a certificate of appealability (COA). Higgs filed his

1

notice of appeal on September 16, 2010.

2.     This Court granted COA on a single issue.  Following briefing and oral argument, this Court affirmed the District Court's denial of relief on November 23, 2011.  Pursuant to Rule 40(a)(1) of the Federal Rules of Civil Procedure, Appellant's rehearing petition is due on January 9, 2012.

3.     Undersigned counsel has prepared a rehearing petition showing that the panel's opinion in this case conflicts with, *inter alia*, Elmore v. Ozmint, 661 F.3d 783 (4th Cir. 2011).  Given the posture of this case, demonstrating the existence and effect of the conflict requires addressing two of the issues on which this Court denied COA.

4.     The issues involved in the rehearing petition are important and raise substantial questions with regard to the uniformity of this Court's decisions. Developing those issues appropriately required counsel to exceed slightly the fifteen page limit for rehearing petitions set forth in Rules 35(b)(2) and 40(b) of the Federal Rules of Appellate Procedure.  The body of the petition is eighteen (18) pages long, while the Conclusion is on the nineteenth page.   In a capital case that raises significant and legitimate issues, the requested extension of the page limits is appropriate.

WHEREFORE, Appellant respectfully requests that this Court grant him leave

to file a nineteen (19) page rehearing petition.

Respectfully Submitted,


/s/ Matthew Lawry

_____
Matthew Lawry
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender
Easter District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org
Signing for All Counsel

Dated:    Philadelphia, PA
        January 9, 2012

Stephen H. Sachs
Wilmer Cutler Pickering Hale & Dorr
5 Roland Mews
Baltimore, MD 21210
410-532-8405

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 9th day of January 2012 I served the foregoing upon the following person by electronic filing:

Deborah A. Johnston
Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

/s/ Matthew Lawry

_____
Matthew Lawry