UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered November 23, 2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*