# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 14, 2012

_____

## RECORD RETURN

_____

No.  10-7,        <u>US v. Dustin Higgs</u>

8:98-cr-00520-PJM-2, 8:05-cv-03180-PJM

TO:   Felicia Cannon
      UNITED STATES DISTRICT COURT
      District of Maryland
      United States Courthouse
      6500 Cherrywood Lane, Room 200
      Greenbelt, MD 20770-0000

The original partial record on appeal is returned herewith. The enclosed record consists of:

[2 ] Volumes of pleadings
[ ] Volumes of transcripts
[ ] Volumes of exhibits
[ ] Volumes of depositions
[ ] SEALED volumes
[ ] Volumes of state court records
[ ] Volumes other

**[ 2] TOTAL VOLUME(S)**

**[1] TOTAL NUMBER OF BOXES**

Beth Walton, Deputy Clerk
804-916-2725