# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 11, 2012

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


      Re:  Dustin John Higgs
              v. United States
              Application No. 11A959
              (Your No. 10-7)


Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on April 11, 2012 extended the time to and including June 18, 2012.

This letter has been sent to those designated on the attached notification list.


Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Matthew C. Lawry
Assistant Federal Defender
Suite 545 West - The Curtis Center
601 Walnut Street
Philadelphia, PA  19106


Mr. Donald B. Verrilli , Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219