# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 9, 2012

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Dustin John Higgs
           v. United States
           No. 12-5075
           (Your No. 10-7)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 18, 2012 and placed on the docket July 9, 2012 as No. 12-5075.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst